**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In the Matter of the Arbitration Between: — Civil No. 00-2575 (DWF/RLE)

William Kaschmitter,

Movant,

and — **ORDER**

PCM Securities Limited, L.P., n/k/a Royal Palm Investments, Ltd., and Vito Gili, Jr.,

Respondents.

Before the Court is movant William Kaschmitter's ("Kaschmitter") Motion to Confirm the Arbitration Award in NASD Case No. 98-02959.

Kaschmitter was represented by Mark J. Briol, Esq. of Briol & Associates, 3905 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402. Respondent Vito Gili, Jr. ("Respondent Gili") was represented by Arnold Y. Steinberg, Law Offices of Arnold Y. Steinberg, 1420 Center Avenue #1711, Pittsburgh, PA 15219. Respondent PCM Securities, Limited, L.P. n/k/a Royal Palm Investments, LTD. ("Royal Palm") failed to appear.

IT IS HEREBY ORDERED THAT

1. Kaschmitter's motion to confirm the arbitration award against Respondents jointly and severally in NASD Case No. 98-02959 is granted in its entirety.

FILED FEB 09 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD FEB 09 2001
DEPUTY CLERK

2. Kaschmitter is entitled to and shall have judgment against Respondents in the amount of Five Hundred Eleven Thousand One Hundred Seventy-Four Dollars and Fifty Cents ($511,174.50).

3. Interest on the $511,174.50 judgment entered pursuant to this Order shall accrue at the rate of 8% per annum from and inclusive of the date of the arbitration award, December 8, 1999, to and inclusive of the date this judgment is satisfied in full.

4. Kaschmitter is entitled to and shall have judgment against Respondents for his costs incurred in pursuing this action as provided by law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 9th, 2001

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: FEB 0 9 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995